## JOHN A. BECHTEL v. CENTRAL BANK AND TRUST COMPANY ET AL.

(Filed 15 June, 1932.)

**Appeal and Error A c—Where question presented for review has become academic the appeal will be dismissed.**

Where a sale sought to be restrained has taken place the plaintiff's appeal from the dissolution of a temporary restraining order will be dismissed.

APPEAL by plaintiff from *Harding, J.*, at September Term, 1931, of HAYWOOD.

Civil action to enjoin foreclosure of mortgage or deed of trust.

From a judgment dissolving a temporary restraining order, the plaintiff appealed to the Supreme Court, which appeal was dismissed for failure to comply with the rules. Thereafter, the property was sold

under the power of sale contained in the deed of trust; whereupon at the September Term, 1931, the action was dismissed. Plaintiff again appeals, assigning errors.

*Joseph W. Little for plaintiff.*
*Heazel, Shuford & Hartshorn for defendants.*

PER CURIAM. As the sale which the plaintiff seeks to enjoin has already taken place, there is nothing now to restrain, and the action was properly dismissed. *Rosseau v. Bullis,* 201 N. C., 12, 158 S. E., 553.

It is not worth while to moot an academic question.

Appeal dismissed.